Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

RE: Trial Court No. 12-DCR-061181A
COA No. 14-13-00686-CR
PDR No. PD-1573-14

APPELLANT'S JUDICIAL NOTICE OF PENDING TRIAL COURT ISSUES

COMES NOW, DAMON KENDRICK DOVE, pro-se, in the above styled cause and files this notice under the authority of articles 1, 10, and 19 of the Texas Constitution and articles 1.03, 1.04, 1.05 and 39.14 of the Texas Code of Criminal Procedure, and request this Court to instruct the Trial Court to correct errors in the Reporter's record so the text accurately disclose what occurred during trial. Before this Honorable Court Appellant's P.D.R is pending, so before the proceeding go any farther, Appellant request that this Court abate the proceedings so the Trial Court can address this issue presented.

On February 25, 2015, Appellant filed a motion for a hearing on Incomplete/Inaccurate records with the 268th Judicial District Court and the motion was denied. The Court attached affidavits in response but failed to hold a hearing to settle the dispute, pursuant to T.R.A.P. 34.6(e)(2). The Trial Court is in direct violation of Appellant's right to Due Process by failing to have Appellant's (pro-se Counsel) present to litigate dispute either by having a hearing via phone or via video conference or via court appearance. On March 17, 2015, Appellant filed a motion for reconsideration, to implore the Trial Court to pull the audio for pages in question and was again denied.

In the interest of justice, an accurate and complete record would clarify the conversation between the trial judge and defense attorney where counsel is offering proof and submitting the medical records through context pursuant to Rule of Evidence 103(a)(2). In order for Appellant to perfect his appeal, it's imparative the Appel-

lant/pro-se has a true and accurate record. The Appellant is guarnteed this right under T.R.A.P. 34.6(e)(2) and the U.S. Constitution amendment 14.

## CONCLUSION

The Court must conclude that the Appellant is entitled under the Constitution a true, accurate, and complete record, so the Appellant will not be deprived of his right of effective representation. See Tex. Const. art. 1 sec. 10 and U.S. Const. amendment 6.

## PRAYER

For these reasons, Appellant ask this Honorable Court to abate these proceedings in the interest of justice until Appellant can receive a true, accurate, and complete copy of the Reporter's record.

Respectfully Submitted;

Damon Dove, Pro-se
TDCJ No. 1880020
Ellis Unit
1697 F M 890
Huntsville, Texas 77343

## VERIFICATION OF PLEADING

I, Damon Kendrick Dove, TDCJ No. 1880020, presently incarcerated in the Texas Department of Criminal Justice, in Walker County, Texas, at the Ellis Unit do hereby verify under penalty of perjury that the foregoing statements are true and correct and I have personal knowledge of the same on this the 25th day of March , 2015, Pursuant to Civil Practice and Remedies Code Section 132.001 thru 132.003.

Respectfully Submitted;

Damon Kendrick Dove,  Pro-se
TDCJ No. 1880020
Ellis Unit
1697 F M 980
Huntsville, Texas 77343